

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00693-CV

**IN RE SELECT ENERGY SERVICES, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: October 15, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On October 6, 2014, relator Select Energy Services, LLC filed a petition for writ of mandamus complaining of the trial court's order granting the plaintiffs' motion to compel production of documents. Relator also filed a motion for emergency temporary stay of the trial court's order pending resolution of the mandamus petition. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency temporary stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-13660, styled *Maria Escobedo and Concepcion Escobedo v. Select Energy Services, LLC; Paccar, Inc. d/b/a Peterbilt Motors Company; and Charles Harter*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.